## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, Lisa M. Wall, being first duly sworn, depose and state as follows:

**A.      Introduction and Agent Background**

1.      I make this affidavit in support of an application for a warrant to seize two buccal swabs from Adriano Sparkxxx LeBeaux for comparison purposes.  As set forth below, there is probable cause to believe that the buccal swabs contain evidence of a violation of Title 18, United States Code, Section 1153(a), and Title 18, United States Code, Section 2241(a)(1) (aggravated sexual abuse).

2.      I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June of 2004.  During this time, I have participated in numerous criminal investigations, including investigations involving organized crime, narcotics trafficking, crimes against children and violent crimes on Indian Reservations.  I am currently assigned to the Billings, Montana Resident Agency, where I am responsible for investigating violent crimes on Indian Reservations.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my

23     knowledge about this matter.

24     **B.    The Crime of Sexual Abuse**

25     4.    There are three elements to the crime of aggravated sexual

26 abuse in violation of 18 U.S.C. §§ 1153(a) and 2241(a)(1): First, that the

27 defendant is an Indian person; second, that the crime occurred in Indian

28 country; and third, that the defendant knowingly engaged in a sexual act by

29 using force against the victim.

30     **C.    Probable Cause**

31     **Indian Person Status of the Defendant**

32     5.    Your affiant obtained a tribal enrollment record for Adriano

33 Sparkxxx LeBeaux, showing that he is an enrolled member of the Northern

34 Cheyenne Tribe of Indians.

35     **Location of the Criminal Activity**

36     6.    As described by the victim, the conduct described below

37 occurred at 315 Spotted Elk Dr., Lame Deer, Montana, which is within the

38 exterior boundaries of the Northern Cheyenne Indian Reservation.

39     **Description of the Criminal Activity**

40     7.    On March 8, 2023, the victim reported that she met up with

41 Adriano Sparkxxx LeBeaux at 315 Spotted Elk Dr., Lame Deer, Montana.

42 LeBeaux is a close relative of the victim. They grew up together and she

43    trusted him.

44         8.    In the early morning hours of March 8, 2023, LeBeaux told the

45    victim that the police were on their way to search the house and that they

46    needed to hide in the basement.  The victim said that she had been drinking

47    alcohol, but she did not believe LeBeaux was drinking.

48         9.    While down in the basement, LeBeaux told the victim to lie

49    down in a far corner on the floor and she fell asleep.

50         10.   At some point the victim woke up and LeBeaux was holding

51    her down by her neck.  She then believes that she passed out.

52         11.   She woke up to LeBeaux holding a knife to her throat.

53    LeBeaux then pulled down her leggings and vaginally raped her until he

54    ejaculated.

55         12.   During the rape, the victim said, "You're my brother, dude, and

56    I trusted you."

57         13.   LeBeaux left the victim in the basement, and she was able to

58    leave.

59         14.   The victim got to her car and drove around for about an hour.

60    She called her mother and told her about the rape.  Her mother advised her

61    to go to the hospital for a rape exam.

62         15.   The victim arrived at Indian Health Services (IHS) in Northern

63   Cheyenne around 2 a.m.

64        16.    A Sexual Assault Nurse Examiner conducted a sexual assault

65   examination of the victim to include the collection of vaginal swabs and the

66   collection of the clothing she was wearing at the time of the sexual assault.

67        17.    Medical personnel contacted Bureau of Indian Affairs law

68   enforcement, and they conducted an interview of the victim at IHS.

69        18.    Two buccal swabs from LeBeaux are necessary to extract DNA

70   from those swabs and compare that DNA to the DNA extracted from the

71   swabs collected during the sexual assault examination on the victim.

72        **D.**    **Conclusion**

73        19.    By this affidavit and application, I request that the Court issue a

74   warrant for the seizure of two buccal swabs from LeBeaux.

75

76

77

78

79        DATED this ___|___ day of May, 2023.

80
81
82
83        LISA M. WALL
84        FBI Special Agent
85

86
87
88
89          SUBSCRIBED TO AND SWORN BEFORE ME this __1__ day
90      of May, 2023.
91
92
93
94                              TIMOTHY J. CAVAN
95                              United States Magistrate Judge
96